IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURIE BORDOCK**                                                                                          **PLAINTIFF**

v.                                    CASE NO. 4:25-CV-00314-BSM

**BRIEN MUELLER**
*Conway County District Court Judge*                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE